UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PINN, INC.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**NOTHING TECHNOLOGY LTD.,**<br><br>   Defendant. | **Case No. 6:23-cv-644**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Pinn, Inc. is a California Corporation, has no parent corporation, and no publicly held company owns 10% or more of its stock.

Filed: September 1, 2023

Respectfully submitted,

By: _/s/ Cabrach Connor_
Cabrach J. Connor
State Bar No. 24036390
Email: cab@clands.com
Jennifer Tatum Lee
State Bar No. 24046950
Email: Jennifer@CLandS.com
**CONNOR LEE AND SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

        David A. Skeels
        State Bar No. 24041925
        Email: DSkeels@whitakerchalk.com
        **WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
        301 Commerce St., Suite 3500
        Fort Worth, Texas 76102
        817.878.0500 Telephone
        817.878.0501 Facsimile

        **ATTORNEYS FOR PLAINTIFF**